# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01311-REB-PAC

JOAN B. HOWELL, and
DAVID HOWELL,

    Plaintiffs,

v.

GREG PARSONS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On May 11, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#16].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#16] filed on May 11, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for February 9, 2007, is **VACATED**; and

4.  That the jury trial set to commence February 26, 2007, is **VACATED.**

Dated May 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**